JM:DAS
F.# 2006R00107

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X
UNITED STATES OF AMERICA

    -against-

ANALDO SAMUEL,
    also known as
    "Adonis," and
    "Eddie Hernandez,"

                Defendant.

- - - - - - - - - - - - - - - - -X

**TO BE FILED UNDER SEAL**

COMPLAINT & AFFIDAVIT IN
SUPPORT OF ARREST WARRANT

(T. 18, U.S.C., § 1343)

EASTERN DISTRICT OF NEW YORK, SS:

      Michelle Purnavel, being duly sworn, deposes and states that she is a Postal Inspector of the United States Postal Inspection Service ("the Postal Inspectors"), duly appointed according to law and acting as such.

      In or about and between August 2005 and October 2005, within the Eastern District of New York, the defendant ANALDO SAMUEL, also known as "Adonis" and "Eddie Hernandez," having devised a scheme and artifice to defraud and to obtain money by means of false and fraudulent pretenses and representations, did knowingly and intentionally transmit and cause to be transmitted writings, signs, signals, pictures and sounds by means of wire communication in interstate and foreign commerce for the purpose of executing said scheme and artifice.

      (Title 18, United States Code, Sections 2, 1343)

The source of your deponent's information and the grounds for her belief are as follows:

1. I have been a Postal Inspector with the United States Postal Inspection Service for approximately five years. I make this affidavit in support of the application for an arrest warrant for the defendant ANALDO SAMUEL. The information set forth in this affidavit is based upon discussions with representatives of All Island Mortgage & Funding Corp. ("All Island"), Albarano Holding Corp. ("Albarano"), Realty Skyline Research ("Realty") discussions with other law enforcement officials, interviews of various individuals and my review of documents. All statements in this affidavit are set forth in substance and in part.[1]

2. Since January 2006, I have conducted an investigation into the fraudulent use of the identity of Carlos Hernandez, the owner of properties located at 389 Douglass Street, Brooklyn, New York ("the Douglass Street Property") and 231 East Third Street, Brooklyn, New York ("the Third Street Property"). During the course of my investigation, I determined that the defendant ANALDO SAMUEL falsely posed as the son of Carlos Hernandez for the purpose of obtaining mortgage loans for the Douglass Street property and the Third Street property.

---

[1] Because the purpose of this affidavit is merely to establish probable cause, I have not set forth all of the facts and circumstances of which I am aware.

These mortgages were issued without the knowledge or consent of the true Carlos Hernandez.

3. Realty is a title search company in Brooklyn, New York. Records obtained from Realty reveal that CW-1, a Realty employee, conducted research on the Douglass Street Property in or about September 2005. According to CW-1, "Adonis" paid CW-1 to conduct property searches, and CW-1 specifically recalls conducting the property search on the Douglass Street Property for "Adonis." Moreover, according to CW-1, "Adonis" asked if CW-1 knew of a way to obtain false identification documents. CW-1 has identified the defendant ANALDO SAMUEL from a six-person photo array as the individual CW-1 knows as "Adonis."

4. All Island is a licensed mortgage broker located in Smithtown, New York. In or about August 2005, MB-1, a mortgage broker at All Island, had a series of telephone conversations with a person purporting to be "Eddie Hernandez," the son of Carlos Hernandez. During these conversations, "Eddie" told MB-1 that his father required financing in order to renovate a building, and sought to obtain a mortgage secured by the Douglass Street Property and the Third Street Property. Acting on these instructions, MB-1 brokered a $650,000 mortgage loan ("the Albarano mortgage") from Albarano, a private lender located in Meford, New York, to "Carlos Hernandez," secured by the Douglass Street and Third Street properties.

5. On or about October 19, 2005 a closing was held for the Albarano mortgage in West Islip, New York. The persons purporting to be "Eddie Hernandez" and "Carlos Hernandez" attended this closing, along with MB-1, representatives from Albarano and others. According to MB-1, all details of the transaction were directed by "Eddie Hernandez," and MB-1 had no contact with the person he knew as "Carlos Hernandez" until the closing.

6. On October 20, 2005, representatives of Albarano transmitted by wire transfer approximately $353,000 of the mortgage proceeds from West Islip, New York to a bank account in Switzerland, as directed by "Eddie Hernandez."

7. MB-1 has identified the defendant ANALDO SAMUEL from a six-person photo array as the individual who posed as "Eddie Hernandez" in connection with the Albarano mortgage.

8. Payments were never made on the Albarano mortgage. In or about January 2006, representatives of Albarano contacted the true Carlos Hernandez, who denied ever seeking or authorizing the mortgage. The true Carlos Hernandez further stated that he had no son named Eddie Hernandez.

Wherefore, it is respectfully requested that a warrant be issued for defendant ANALDO SAMUEL, so that he may be dealt with according to law.

MICHELLE PURNAVEL
Postal Inspector
U.S. Postal Inspection Service

Sworn to before me this
4th day of August 2008