## CRIMINAL CAUSE FOR PLEADING

BEFORE:  **RAMON E. REYES, JR**      DATE: **2/18/2009**   START TIME: **12:15 PM**
                                                           END TIME: **1:00 PM**

**08-CR-722-(1)(CPS )**

DEFT'S. NAME: **Analdo Samuel**    #  **1**
    __X__ present   ___ not present       __X__ **custody**       ___ bail

DEFENSE COUNSEL: **Michael Hueston**
    __X__ present   ___ not present   **X CJA**        ___ FDNY     ___ LAS

A.U.S.A.: **Daniel Spector**       CLERK:  Miriam Vertus

INTERPRETER:  N/A         (LANG.  )-  **FTR:# 12:27:07 - 1:00:08**

__X__  CASE CALLED

DEFT.  __X__ SWORN  ___ ARRAIGNED  __X__ INFORMED OF RIGHTS
      __X__ WAIVES TRIAL BEFORE DISTRICT COURT

___  DEFT STATES TRUE NAME TO BE_____. INFORMATION AMENDED.
___  WAIVER OF INDICTMENT EXECUTED FOR DEFT.
___  INFORMATION FILED.
___  DEFT FAILED TO APPEAR, BENCH WARRANT ISSUED.
___  DEFT ENTERS **GUILTY PLEA** TO THE INFORMATION.
__X__ **DEFT WITHDRAWS NOT GUILTY PLEA AND ENTERS A GUILTY PLEA TO CT(S) 1,2, 3,4  OF THE INDICTMENT.**
__X__ **COURT FINDS FACTUAL BASIS FOR THE PLEA.**
__X__ **SENTENCING SET FOR  5/11/2009  AT 12:00 Noon before Judge Sifton.**

___  BAIL ___ SET AT_____ FOR DEFT.    ___ CONT'D FOR DEFT.
__X__ **DEFT CONT'D IN CUSTODY.**
___  CASE ADJ'D TO_____   FOR _____

___  SPEEDY TRIAL INFO FOR DEFT    ___ STILL IN EFFECT
    CODE TYPE___     START_____  STOP_____
    ___ ORDER / WAIVER EXECUTED & FILED.   ___ ENT'D ON RECORD.

___  BAIL CONDITIONS MODIFIED AS FOLLOWS:

__X__  **Transcript Ordered for Judge Sifton**

OTHER: _____