

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

DAS
F.# 2008R01701

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

November 16, 2011

**BY ECF**
The Honorable Sterling Johnson, Jr.
United States District Court
Eastern District Of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  United States v. Analdo Samuel
         Criminal Docket No. 08-722 (SJ)

Dear Judge Johnson:

    A status conference is scheduled for December 15, 2011 at 9:30 a.m. to determine the issue of restitution in the above-captioned case.  Due to scheduling conflicts, the government respectfully requests an adjournment of the status conference.  Counsel for the defendant consents to this request.  Both parties are available on any date on or after December 19, 2011 except neither party is available on December 28, 2011.

    Respectfully Submitted,

    LORETTA E. LYNCH
    United States Attorney
    Eastern District of New York

By:  /s/ Daniel Spector
    Daniel A. Spector
    Assistant U.S. Attorneys
    (718)254-6345

cc:  Michael Hueston, Esq. (by ECF)
    USPO Shayna Bryant (by email)